**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00153-CV**
_____

**IN THE INTEREST OF E.R.L.**

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-222,601**

## MEMORANDUM OPINION

The appellant and the Office of the Attorney General of Texas (OAG) filed a joint motion for reversal and remand of the order denying the appellant's petition to challenge acknowledgement of paternity. The appellant and the OAG agree that, in the interest of justice, the case should be remanded to the trial court for genetic testing. *See* Tex. R. App. P. 42.1(a)(2)(B). They further request that each party be ordered to bear its own costs. *Id.* The custodial parent neither filed a notice of appeal nor filed an objection to the joint motion for reversal and remand. We vacate the judgment of the trial court without regard to the merits and remand the cause to the trial court for further proceedings.

1

VACATED AND REMANDED.

        _____
        LEANNE JOHNSON
        Justice

Submitted on November 24, 2015
Opinion Delivered November 25, 2015

Before Kreger, Horton, and Johnson, JJ.